

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2014

No. 04-13-00888-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO LLC** d/b/a Casa Rio
Healthcare and Rehabilitation,
Appellant

v.

Jose **FLORES**, as next friend of Julie Flores,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04577
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

One of the issues presented in this appeal is the same issue pending in petitions for review filed in *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed), *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed), and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed). This court has recently abated several other pending appeals that raised the same issue.

In light of the pending higher court review of the precedent previously established by this court, on March 5, 2014, this court ordered appellant to either file a motion to abate this appeal pending the Texas Supreme Court's resolution of the issue or a written response explaining why abatement should not be ordered. On March 10, 2014, appellant filed a Motion to Abate. In the Certificate of Conference, appellant indicates appellee opposes abatement. Therefore, if appellee wishes to file a response to the Motion to Abate, it must do so <u>no later than March 24, 2014</u>.

Appellant's Motion for Extension of Time to File Reply Brief is HELD IN ABEYANCE pending resolution of the Motion to Abate.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2014.



_____

Keith E. Hottle
Clerk of Court